

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00699-CR

Jerimiah **BAREFIELD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6188A
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

The court reporter's notification of late record is NOTED. The reporter's record is due thirty (30) days from the date of this order. *See* Tex. R. App. P. 35.3 (c) (stating the appellate court may extend the time for filing the reporter's record if requested by the court reporter, and each extension may not exceed 30 days in an ordinary appeal

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court